IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTY LYN WINSTON,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendant.

CV 08-6395-MA

JUDGMENT

Based on the record and the Opinion and Order filed herewith, the decision of the ALJ is reversed and remanded for the immediate payment of benefits.

IT IS SO ORDERED.

DATED this <u>28</u> day of April, 2010.

                                            /s/ Malcolm F. Marsh
                                            Malcolm F. Marsh
                                            United States District Judge